# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| JUSTIN B. WARE,<br><br>      Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>      Defendant. | Case No. 4:18-cv-00160-SEB-DML<br><br>Honorable Judge Sarah Evan Barker<br><br>Honorable Magistrate Debra McVicker Lynch |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JUSTIN B. WARE, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 16, 2019                                   Respectfully Submitted,

**JUSTIN B. WARE**                                        **DIVERSIFIED CONSULTANTS, INC.**

/s/ Nathan C. Volheim                                     /s/ Morgan I. Marcus (*with consent*)
Nathan C. Volheim                                         Morgan I. Marcus
*Counsel for Plaintiff*                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                   Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200                        141 W. Jackson Blvd, Suite 3550
Lombard, Illinois 60148                                   Chicago, Illinois 60604
Phone: (630) 575-8181                                     Phone: (312) 578-0985
Fax :(630) 575-8188                                       mmarcus@sessions.legal
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim