UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JUSTIN B. WARE,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 4:18-cv-00160-SEB-DML<br><br>Honorable Judge Sarah Evan Barker<br><br>Honorable Magistrate Debra McVicker Lynch |

## ORDER OF DISMISSAL OF WITH PREJUDICE

Plaintiff, JUSTIN B. WARE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal with prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: 1/17/2019

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF